# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIRE INSURANCE EXCHANGE**, a Nevada foreign corporation;<br><br>Plaintiff,<br><br>vs.<br><br>**GENERAL ELECTRIC COMPANY, AND** a New York corporation; and **SAMSUNG ELECTRONICS AMERICA, INC.**, a New York corporation;<br><br>Defendants. | 8:16CV158<br><br>ORDER OF DISMISSAL OF SAMSUNG ELECTRONICS AMERICA, INC. |

This matter is before the Court on the Unopposed Joint Stipulation for Order of Dismissal of Samsung Electronics America, Inc., Without Prejudice (Filing No. 17) ("Stipulation"), filed by Defendant Samsung Electronics America, Inc. ("SEA") and Plaintiff Fire Insurance Exchange ("Fire Insurance"). Under Federal Rule of Civil Procedure 21, a court may "[o]n motion or on its own motion, . . . at any time, on just terms, add or drop a party." The Stipulation states that Fire Insurance and SEA have conferred and determined that SEA should be dismissed from this action without prejudice. (Filing No. 17 ¶¶ 4–5.) Accordingly,

IT IS ORDERED:

1. The Unopposed Joint Stipulation for Order of Dismissal of Samsung Electronics America, Inc., Without Prejudice (Filing No. 17) is approved;

2. Defendant Samsung Electronics America, Inc. is dismissed from the above-captioned action, without prejudice; and

3. The Court will not assess costs and attorney's fees as between Defendant Samsung Electronics America, Inc., and Plaintiff Fire Insurance Exchange.

Dated this 17th day of May, 2016

>BY THE COURT:
>
>s/Laurie Smith Camp
>Chief United States District Judge