IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, a Nevada foreign corporation;<br><br>      Plaintiff,<br><br>  vs.<br><br>GENERAL ELECTRIC COMPANY, a New York corporation; and SAMSUNG ELECTRONICS CO., LTD.,<br><br>      Defendants. | **8:16CV158**<br><br>**ORDER** |

   This matter is before the Court on the parties' Joint Motion to Amend the Court's Order Setting Final Schedule for Progression of Case (Filing No. 46). The parties request an extension of certain deadlines due to difficulties in scheduling depositions. For good cause shown,

   **IT IS ORDERED**:

   1. The Joint Motion to Amend the Court's Order Setting Final Schedule for Progression of Case (Filing No. 46) is granted;

   2. All depositions, whether or not they are intended to be used at trial, shall be completed by December 1, 2017;

   3. Motions in limine challenging the admissibility of expert testimony at trial pursuant to *Daubert v. Merrell-Dow Pharmaceuticals*, 509 U.S. 579 (1993), shall be filed by December 15, 2017, and accompanied by a request for a hearing if necessary; and

   4. All remaining deadlines, including the Final Pretrial Conference and trial dates, remain unchanged.

   Dated this 12th day of September, 2017.

                        BY THE COURT:

                        s/ Michael D. Nelson
                        United States Magistrate Judge