# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIRE INSURANCE EXCHANGE**, a Nevada foreign corporation;<br><br>Plaintiff,<br><br>vs.<br><br>**GENERAL ELECTRIC COMPANY**, a New York corporation;  **SAMSUNG ELECTRONICS AMERICA, INC.**, a New York corporation; and  **SAMSUNG ELECTRONICS CO., LTD.**,<br><br>Defendants. | **8:16CV158**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation for Dismissal, ECF No. 49.  The motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees.  Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal, ECF No. 49, is approved;

2. The above-captioned action is dismissed, with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 22nd day of November, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge